Owen Wolfe
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Jesse M. Coleman (*pro hac vice* application pending)
SEYFARTH SHAW LLP
700 Milam Street, 1400
Houston, Texas 77002
(713) 238-1805

Benjamin Rosichan (*pro hac vice* application pending)
SEYFARTH SHAW LLP
1075 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30309
(404) 885-1500

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUSH MEDIA COMPANY, LLC, | Case No. 1:26-cv-04345-CPO-AMD |
| Plaintiff, | |
| v. | **REQUEST FOR ENTRY OF DEFAULT** |
| CAGE FURY MMA, LLC | |
| Defendant. | |

TO:    Clerk of the United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, New Jersey 08101

As provided by Federal Rule of Civil Procedure 55(a), please enter the default of

Defendant CAGE FURY MMA, LLC in the above-captioned matter for failure to plead or

otherwise defend as to the claims asserted by Plaintiff RUSH MEDIA COMPANY, LLC.

In support of this application for the entry of default, Plaintiff relies upon the Declaration

of Owen R. Wolfe submitted herewith.

Dated: May 26, 2026                          Respectfully submitted,

                                             SEYFARTH SHAW LLP


                                             By:  */s/ Owen R. Wolfe*
                                             _____
                                                 Owen R. Wolfe
                                                 620 Eighth Avenue
                                                 New York, New York 10018
                                                 Telephone: (212) 218-5500

                                                 Jesse M. Coleman (*pro hac vice*
                                                 application pending)
                                                 700 Milam Street, 1400
                                                 Houston, Texas 77002
                                                 (713) 238-1805

                                                 Benjamin R. Rosichan (*pro hac vice*
                                                 application pending)
                                                 1075 Peachtree Street NE
                                                 Suite 2500
                                                 Atlanta, Georgia 30309
                                                 (404) 885-1500

                                             *Attorneys for Plaintiff*

## <u>CERTIFICATION OF SERVICE AND FILING</u>

I hereby certify that on this date, I electronically filed the foregoing Request for Entry of Default and the Declaration of Jesse M. Coleman with the Clerk of the District Court using the CM/ECF system.

And, I hereby certify that on this date, true and correct copies of the foregoing documents were served by first class United States Mail, postage prepaid, to:

Cage Fury MMA, LLC
416 King's Highway East
Haddonfield, New Jersey 08033

with a copy by United States Mail, postage prepaid, to Defendant's registered agent

Jeffrey Dilazzero, Esq.
975 Bridgeton Pike
Suite D
Sewell, New Jersey 08080



/s/ Owen R. Wolfe
Owen R. Wolfe

Dated: May 26, 2026