[D.I. 6]

Owen R. Wolfe
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, New York 10018
(212) 218-5500

Jesse M. Coleman (*pro hac vice* application forthcoming)
SEYFARTH SHAW LLP
700 Milam Street, 1400
Houston, Texas 77002
(713) 238-1805

Benjamin Rosichan (*pro hac vice* application forthcoming)
SEYFARTH SHAW LLP
1075 Peachtree Street, NE
Suite 2500
Atlanta, Georgia 30309
(404) 885-1500

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUSH MEDIA COMPANY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> CAGE FURY MMA, LLC, <br><br> Defendant. | Civil Action No.: 1:26-cv-04345-CPO-AMD <br><br> **ORDER FOR ADMISSION OF** <br> **BENJAMIN R. ROSICHAN PRO HAC** <br> **VICE** |

This matter having come before the Court by application of Seyfarth Shaw LLP,

attorneys for Plaintiff Rush Media Company, LLC, for the pro hac vice admission of Benjamin

R. Rosichan, pursuant to L. Civ. R. 101.1(c); the Court having found that good cause exists for

entry of this Order;

**ORDERED** that Benjamin R. Rosichan be permitted to appear pro hac vice in

connection with the above-captioned matter on behalf of Plaintiff Rush Media Company, LLC in

the United States District Court for the District of New Jersey pursuant to L. Civ. R. 101.1(c); and it is further

**ORDERED** that all pleadings, briefs and other papers filed with the Court shall continue to be signed by a member or associate of the firm of Seyfarth Shaw LLP, attorneys of record for Plaintiff Rush Media Company, LLC, who shall be responsible for said papers and for the conduct of the case and who shall be present before the Court during all phases of proceeding, unless expressly excused by the Court, and who will be responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee, for this year and for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and L. Civ. R. 101.1, said fee to be deposited within twenty (20) days of the date of the entry of this Order, and it is further

**ORDERED** that the $250.00 fee required by L. Civ. R. 101(c)(3) for pro hac vice admission to the District Court for the District of New Jersey shall also be payable within twenty (20) days of entry of this Order; and it is further

**ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey.

**SO ORDERED this 2nd Day of June 2026**

_____

**ANN MARIE DONIO, U.S.M.J.**

2