**HAGNER & ZOHLMAN, LLC**
John A. Zohlman, III, Esq. (#017481991)
Thomas A. Hagner, Esq. (#070852014)
57 Kresson Road
Cherry Hill, New Jersey 08034
Tel: (856) 663-9090
Fax: (856) 663-9199
Email: jzohlman@hzlawpartners.com
Email: tahagner@hzlawpartners.com
*Attorneys for Defendant, Cage Fury MMA, LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

RUSH MEDIA COMPANY, LLC,

                 *Plaintiff*,

   v.

CAGE FURY MMA, LLC,

                 *Defendant*.

CIVIL ACTION

Case No: 1:26-cv-04345-CPO-AMD

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party, including those seeking to intervene. The undersigned counsel certifies that is a non-governmental corporation and that this party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

          **HAGNER & ZOHLMAN, LLC**
          Attorneys for Defendant

DATED: June 10, 2026

          BY:_____*/s/  Thomas A. Hagner, Esq.*
              THOMAS A. HAGNER, ESQ.